IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LORI FETTY,

          Plaintiff,

v.

                                              Case No. 19-cv-642-bbc

ANDREW M. SAUL,
Commissioner of Social Security

          Defendant.

JUDGMENT IN A CIVIL CASE

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Andrew Saul against plaintiff Lori Fetty affirming the Commissioner's decision and dismissing plaintiff's appeal.

| s/ V. Olmo, Deputy Clerk | 9/08/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |